# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-12-00017-CV

### In re Glenn Ray Macks

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Relator, Glenn Ray Macks, an inmate in the Texas Department of Criminal Justice, filed a *pro se* petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2010); *see also* Tex. R. App. P. 52.1. In his petition, Macks asks us to issue a writ of mandamus directed to the Texas Board of Pardons and Paroles.

This Court does not have mandamus jurisdiction over the Texas Board of Pardons and Paroles. By statute, this Court has the authority to issue a writ of mandamus against "a judge of a district or county court in the court of appeals district" and other writs as necessary to enforce our appellate jurisdiction. *See* Tex. Gov't Code Ann. § 22.221 (West Supp. 2010). The parole board is not a party against whom we may issue a writ of mandamus. Nor has Macks demonstrated that the exercise of our writ power is necessary to enforce our jurisdiction. We have no jurisdiction to grant Macks any relief.

Accordingly, the petition is dismissed for want of jurisdiction.

_____

Melissa Goodwin, Justice

Before Justices Puryear, Henson and Goodwin

Filed:   January 27, 2012